```
 1 | Daniel J. Weintraub - Bar #132111
   | James R. Selth - Bar #123420
 2 | Thomas K. Emmitt - Bar #207504
   | WEINTRAUB & SELTH, APC
 3 | 12121 Wilshire Boulevard, Suite 1300
   | Los Angeles, CA 90025
 4 | dan@wsrlaw.net
   | Telephone: (310) 207-1494
 5 | Facsimile: (310) 442-0660
 6 | [Proposed] Attorneys for Debtor
   | and Debtor-In-Possession,
 7 | 2121 West 11th Street Inc.
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO DIVISION

| | |
|---|---|
| In re<br><br>2121 West 11th Street Inc.,<br><br>        Debtor. | Case No. 1:09-bk-10380 GM<br><br>Chapter 11<br><br>**NOTICE OF MOTION OF DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY GENERAL BANKRUPTCY COUNSEL**<br><br>[Local Bankr. R. 2014-1(b)(1)]<br><br>Date:  March 18, 2009<br>Time:  10:00 a.m.<br>Place: Courtroom 303<br>       21041 Burbank Blvd.<br>       Woodland Hills, CA 91367 |

TO THE HONORABLE GERALDINE MUND, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND OTHER PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that on March 18, 2009, at 10:00 a.m. or soon thereafter as this matter may be heard in Courtroom 303 of the above-entitled Court located at 21041 Burbank Blvd., Woodland Hills, California, 2121 West 11th Street Inc., debtor and

1 debtor-in-possession in the above-entitled case ("Debtor"), will
2 move this Court for an order approving the employment of Weintraub
3 & Selth, APC ("WS") as general bankruptcy counsel (the "Motion").
4     The Motion is brought pursuant to 11 U.S.C. sections 327 and
5 1108 and Local Bankruptcy Rule 2014-1(b)(1), and is based on the
6 Motion and declarations of Ted Kolchier, Lisa Phillips and Daniel
7 Weintraub.
8     The complete Motion has been filed with the Bankruptcy Court,
9 and a complete copy of the Motion may be obtained from the Court,
10 or by written request to the undersigned attorney whose name and
11 address appears on the face page of this Notice.
12     **PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy
13 Rule 9013-1(a)(7):
14     [E]ach interested party opposing . . . the motion shall file
15 and serve not later than 14 days before the date designated for
16 hearing . . . [a] brief but complete written statement of all
17 reasons in opposition thereto . . . and answering memorandum of
18 points and authorities, declarations and copies of all photographs
19 and documentary evidence on which the responding party intends to
20 rely.
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(a)(11):

Papers not timely filed and served may be deemed by the Court to be consent to the granting or denial of the motion, as the case may be.

Dated: February 19, 2009

WEINTRAUB & SELTH, APC

By: _____
Daniel J. Weintraub
Summer Saad
Thomas K. Emmitt
[Proposed] Attorneys for Debtor
and Debtor-In-Possession,
2121 West 11th Street, Inc.

3

| In re: 2121 WEST 11th STREET INC., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:09-bk-10380-GM |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

12121 Wilshire Blvd., Suite 1300
Los Angeles, CA 90025

The foregoing document described **NOTICE OF MOTION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY GENERAL BANKRUPTCY COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 19, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Hal D Goldflam    hgoldflam@frandzel.com, efiling@frandzel.com;dwise@frandzel.com
- S Margaux Ross    margaux.ross@usdoj.gov
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 19, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

**United States Bankruptcy Judge Geraldine Mund**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **February 19, 2009** | **CHARLES SPEED** | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**